# United States Court of Appeals for the Federal Circuit

---

October 18, 2011

**ERRATA**

---

Appeal No. 2010-1389

**ALMOND BROS. LUMBER CO.**

v.

**UNITED STATES,**

Decided:  June 28, 2011
Precedential Opinion

---

Please make the following changes:

Page 17, line 4, change "the expiration of" to --Canada withdrew from--.

Page 17, lines 5-6, change "Canada unilaterally withdrew from" to --the expiration of--.